```
Floyd W. Bybee, #012651
BYBEE LAW CENTER, PLC
4445 E. Holmes Ave., Suite 107
Mesa, Arizona 85206-3398
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com
```

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Maynard A. Engle,** | No. CV 08-2248-PHX-NVW |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **Redline Recovery Services, LLC,** | |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice that Plaintiff and Defendant have reached a settlement in this case.

/ / /

/ / /

DATED   May 21, 2009  .


                            s/ Floyd W. Bybee  
                          Floyd W. Bybee, #012651  
                          **BYBEE LAW CENTER, PLC**  
                          4445 E. Holmes Avenue  
                          Suite 107  
                          Mesa, Arizona 85206-3398  
                          Office:  (480) 756-8822  
                          Fax: (480) 302-4186  
                          floyd@bybeelaw.com

                          Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

The undersigned certifies that on   May 21, 2009  , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Cynthia Fulton  
    **FULTON FRIEDMAN & GULLACE LLP**  
    130 N. Central, Suite 200  
    Phoenix, AZ 85004  
    Attorneys for Defendant


by   s/ Floyd W. Bybee